UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE BAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CV412 TIA ) |
| JANE DOE #2, | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motion to add defendants [Doc. #16] is **DENIED**.

Dated this 31st day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE